UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X
United States of America,

                Plaintiff,                17 MAG 3908 (MRG)

   - against -                           **JUDGMENT**

Michael Lopez,

                Defendant.
-------------------------------------------------X

     The issues in the above entitled action having been brought before the Honorable Martin R. Goldberg, United States Magistrate Judge, and the Court, on June 15, 2017, having accepted the Defendant's plea of Guilty to Unlicensed Operation §509.1 of the New York State Vehicle and Traffic Laws assimilated under the Federal Statutes and Speeding §1180 of the New York State Vehicle and Traffic Laws assimilated under the Federal Statutes in full satisfaction of the Misdemeanor Complaint filed on May 24, 2017; it is

     ORDERED, ADJUDGED AND DECREED The Defendant is sentenced to pay a fine in the amount of $75.00 for the violation of §509.1 and $50.00 for the violation of §1180 for a total of $125.00 to be paid to the U.S. District Court in White Plains, New York by July 19, 2017, or else appear in the U.S. District Court, Poughkeepsie, New York on July 20, 2017 at 9:00 AM.

Dated:    June 15, 2017
            Poughkeepsie, NY

                                                        SO ORDERED:

                                                        Hon. Martin R. Goldberg
                                                        United States Magistrate Judge